UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L. KINSEL | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:07CV0195 JCH |
| | ) | |
| GOODY'S FAMILY CLOTHING, INC. | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on January 23, 2007, and assigned to the Honorable Jean C. Hamilton.  Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No. 2:07cv0007 .  The Honorable Jean C. Hamilton will preside.

Case No. 4:07cv195 JCH is hereby  administratively closed.

Dated this 24th day of January,  2007.

James G. Woodward
Clerk of Court

By:/s/Karen Moore
Deputy Clerk

Please refer to Case No. **2:07cv0007 JCH**  in all future matters concerning this case.

Dockets.Justia.com